**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ESTATE CHIMNEY & FIREPLACE, LLC,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **IFG COMPANIES and BURLINGTON INSURANCE COMPANY,** | : | **No. 19-5374** |
| **Defendants.** | : | |

## <u>ORDER</u>

**AND NOW**, this **17th** day of **March 2021**, upon consideration of Defendant The Burlington Insurance Company's Motion for Summary Judgment, and Plaintiff's response, and Plaintiff's Answer and Cross-Motion for Summary Judgment, and Defendant's response, and for the reasons provided in this Court's Memorandum dated March 17, 2021, it is **ORDERED** that:

1. Defendant's motion (Document No. 23) is **GRANTED**.

2. Plaintiff's cross-motion (Document No. 26) is **DENIED**.

3. The Clerk of Court is directed to close this case.

**BY THE COURT:**


**/s/ Berle M. Schiller**
**Berle M. Schiller, J.**